# COMPLAINT FORM

## (for filers who are prisoners without lawyers)

### (revised 4/19/2022)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Franklin Marshall_

_____

_____

v.

(Full name of defendant(s))

_Doctor-Samuel Byrd_
_Nurse-Heather (Last unknown)_
_Nurse-Makayla (Last unknown)_
_Mental Health Staff = Ms. Scott_

<div style="border:1px solid red">

**FILED**

**06/15/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

</div>

Case Number:

1:23-cv-1049-TWP-KMB

_____

(to be supplied by clerk of court)

A.    PARTIES

1.    Plaintiff is a citizen of _Indiana_, and is located at
(State)

_1 Park Row, Michigan City, In. 46360_
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _Doctor-Samuel Byrd_
(Name)

Pg. # 1A

Defendant, Nurse - Heather (Last name unknown)

Defendant, Nurse - Makayla (Last name unknown)

Defendant, Mental Health Staff - Ms Scott

# 1 B

is (if a person or private corporation) a citizen of _the United States._
(State, if known)

and (if a person) resides at _P.O. Box 1111  Carlisle, IN. 47838_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _State of Indiana / Centurion Health Company_
_550 N. Meridian St._
_1st floor_
_Indianapolis, IN. 46204_                   (Employer's name and address, if known)
(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1.) On 11/2/2021, I was housed at the S.H.U. in the Wabash Valley Correctional Facility. Prior to that time, I had been given many different medical devices to manage some of my cronic medical conditions. One of those medical conditions is cronic, called Plantar Fasciitis. This condition effects my feet causing cronic pain, and is also

compounded by heel spurs I have in both heels of my feet. Because of both of these conditions, without proper treatment these conditions effect all aspects of my life that involves me walking, and or, the repercussions of walking to and from the many different life activities that all normal human beings do on a daily base's. Besides me having Planar Fasciitis and the spurs, I am also a life long diabectic, and being a diabectic, it is well known in the medical community's how important proper care of a diabectis feet really are. Due to these facts, on or about 10/6/2014, I was seen by Michael J. Helms,

DPM, a specialist who is Board Certified by the American Board of Podiatric Surgery. Durring his assessment of my plantar fasciitis and heel spurs, he ordered that I received injections of lidocaine in both my heels of my feet, and I also be made custom orthopedic shoes, shoe insoles, and ankle brace's to treat the pain in my feet both these conditions cause me.

2.) After I first received the injections, the orthopedic shoes, insoles, and ankle brace's, the pain from these foot conditions and pain level was greatly reduced. Once I was moved to the S.H.U. (Secure Housing Unit) at the Wabash Valley Correctional Facility, all of the prescribed custom orthopedic medical devices were confiscated by property staff, and labled as unautorized to have on the S.H.U.

3.) On or about 7/6/2022, Dr. Byrd had seen me in general population, and becamo aware of my foot

problems, and my much needed orthopedic medical devices that had been prescribed and ordered by Dr. Helms for the pain of my diagnosed plantar fasciitis and heel spurs. So, well before I was placed on the S.H.U., Dr. Byrd was well aware of my serious cronic foot problems, and the need of the prescribed orthopedic shoes, insoles, and ankle braces to help me deal with the pain my foot disorders cause me. After my orthopedics were all confiscated by property staff, I began to try to get these items replaced by sumitting a Health Care Request including my paperwork approving me having these orthopedic items.

4.) On 8/10/2022, I filed a Health Care Request concerning getting a replacement of these orthopedic shoes, insoles and ankle braces that had been prescribed to me, and I received no responce to my H.C.R. concerning these devices at all. Then on 8/22/2022, Nurse Heather from medical came to my cell to

Pg. #5

see me about my reported feet issue, and the orthopedic devices. Nurse Heather (unknown last name) is a nurse for sick calls that comes to your cell to assess your health care complaints. I told her about the severe I was having in my feet since having my prescribed orthopedic shoes, insoles and ankle braces confiscated. She ask if I was taking any prescribed medication for my pain, and I explained I was given Trileptal, however, the medication doesn't do enough to dull the pain on it's own without me using the orthopedic devices, and that's the reason these items was prescribed to me by the specialist Dr. Helms, the board certified podiatric surgeon. She told me that she would talk to Dr. Byrd about this issue, however, upon me requesting copys of my medical records, it appears she never talked to anyone except me about my issues of cronic pain or getting these much needed orthopedic devices for my feet replaced. I heard nothing more

Pg #6

about replacements or any other options to lesson my sevior foot pain, still receiving no help at all.

5.) By this time I had become very stressed out mentally, over this unnecessary foot pain I had been put through for no good or medical reason. Every attempt I made to medical staff to fix a unnecessary problem with my cronic health issues, had been habitually met with deliberate indifference by medical staff, to my serious diagnosed medical needs to my foot issues. On 9/21/2022, on HCR # 590755, I filed a request to be seen by mental health about being so stressed out, in serious pain being without me having the orthopedic devices I need to help control my cronic foot pain. Also at that time, again I filed more HCR's about this on-going serious level of pain I was in do to my plantar fasciitis and lack of prescribed

Pg. # 7

medical care. As had happen many times before over this issue, I never received a responce or a copy showing these HCR's were ever received by medical staffing. On 10/4/2022, Ms. Scott from the mental health department come to my cell about my complaints. I again explained my problem about needing the orthopedic items I was prescribed, for my serious and very painful problems with plantar fasciitis and bone spurs. After we talked and she assured me that she would email medical about my issues, and finally I felt someone heard my problems and surely Ms. Scott could do something in my favor and feeling relaxed now and much calmed down by thinking I had Ms. Scott help, things will now turn around. I waited and waited to be called out to speak to Dr. Byrd to get these items replaced, but again it did not happen and to my suprise after receiving copys of my records Ms. Scott never spoke with Dr. Byrd about my issues, but she did

make a note about her visit at my cell that day in my records stating, after speaking with mr. Marshall, he was fine receiving the pain medication Triloptal for the cronic pain in his feet. Nothing she put into my records was true and I couldn't find anything at all where she emailed anyone about my concerns about serious pain levels I was having or the needed replacement of the orthopedic devices. I had filed so many different HCR's over this pain issue and lack of meaningful pain management with or without the prescribed ortho items or another pain management option over the Triloptal that wasn't helping on it's own, I had lost track of dates and HCR form numbers as I wasn't receiving responces or copys of them anymore.

7.) Then out of the blue I received back an outdated responce for a HCR #590756 that was dated 9/28/22 I had previously sent out with Dr. Byrds name on it. This had a responce about the

Pg # 10

orthopedic shoes only, and it was answered by Dr. Byrd himself. This was the first time I was sure he was addressing my issues about anything concerning my plantar faciitis, foot pain, the need for replacement of at least my orthopedic shoes himself. As I said above he and I had never spoke at all since I had been put in the SHU, about my issues dealing with my plantar faciitis or really none of my health issues. The responce to my H.C.R. #590756, with me requesting a replacement of my confiscated orthopedic shoes, insoles and braces, telling him I am having serious cronic Uncontroled pain in my feet and asking for a cronic care visit with him to get this problem fixed. His responce at the bottom of my H.C.R. stated: "As we have spoke previously, (Untrue statement as we never spoke about this issue) orthopedic shoes will be requested when you are back in general population. You can meet your ADL's (Activities of daily living) in segregation

Pg #10

unit w/o orthopedic shoes, as no need to walk to chaw, work a job, or be on your feet all day." This is another untrue statement by Dr. Byrd concerning my serious medical need, and 100% incorrect. The truth and recorded facts are, I did have a daily job on my feet seven days a week as a range tender, doing sanitation about five hour everyday. Plus I had recreation daily one hour a day, out of my cell on my feet to maintain needed healthy exercise. Dr. Byrds responce to my health care request over my foot pain issues, and pain management of my plantar FASCIITIS was very clear. His written responce not only held untrue statements about my presumed daily life and activities, but it also makes clear Dr. Byrd was clearly deliberately indifferent to my serious medical need for pain management, for my plantar FASCIITIS that a outside specialist had diagnosed and ordered orthopedics to help manage the pain this

Pg #11

disorder causes. By not being given the prescribed orthopedic items I need to help manage my on going feet pain, Dr. Byrd violated my 8th Amendment rights against cruel and unusual punishment for causing me unnecessary and wanton infiction of pain.

8.) At that point after receiving that type of a responce from the provider himself, I didn't think things could possibly get any worse. I knew my records was clear, I didn't have the ortho devices Dr. Helms told the IDOC's medical department I needed to control his disgroses of me having plantar fasciitis. I was wrong when nurse Makayla came to my cell claiming she was there about a health care request I had filed. She ask a lot of different questions, wanted to know a number from one to ten for my pain level. I told her after I have been on my feet for hours, my pain level is normally between a 7 and a 9.

Pg. #12

I explained after a night sleep off my feet, my pain level is much lower. Probably still around four to six until I start working that level quickly rises. She ask about the effect the Trileptal she had seen in my medical record had on my foot pain, and I explained to her like I had everyone else, that on its own it doesn't do much for my on-going pain from the plantar faciitis and heel spurs. Without those orthopedic shoes, insoles, and ankle braces Dr. Byrd refuses to give me. Nurse Makayla told me that she thought she had enough information at that time, and told me she would put her report into my medical records, while telling me it probably wouldn't make a difference for my needs.

9.) I wanted to see for myself all the information that had been used by medical staff and placed into my medical records that allowed all what I

Felt so many different medical staff had inadvertently pushed to a clear failure some how to provide me adequate medical care to the point of causing me this unnecessary infliction of pain for no reason. All they had to do is get me the new replacements of the orthopedic's I had been prescribed, and without just cause or fault of my own a untrained property office wrongfully confiscated those items from me. I had the correct paperwork to have those items to help reduce the cronic pain caused by a serious medical condition that I have. To my suprize once I finelly got the chance to review my medical records, I see that nurse Makayla did file her report following our meeting at my cell. However, I assume the reason she came to see me, was to stop any chance of me receiving the replacement devices I kept requesting. Then theres another option for her unbeleavable report she put

Pg. # 14

deliberately in my records. I feel that other option was to cover up and mask her co-works inadequte care for my health, because per her report she put into my records she stated I didn't need replacements of any of my stated missing orthopedic items, because she seen all those items in my cell as she was at my cell as she ask me about my complaint.

10.) The information above is a clear picture of not only the delibrate indifference twards a serious medical issue by all four defendants named in this 1983 complaint, but it also shows a failure to provide any medical treatment due to blaintent lies cast out upon the Plaintiff, by a defendents wrongful actions of intentionally interfering (with malaise) of the treatment once prescribed with cold yet purposeful deliberate indifference shawn twards this petitioners serious health needs.

11.) All four listed defendants listed in this 1983 complaint, are all under the color of law in this for this matter.

I am demanding a jury trial in the matters listed above; as to a violation against my 8th Amendment rights for the principles of cruel and unusual punishments that establish the Government's obligation to provide medical care for those whom it punishes by incarceration.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
different from the state citizenship of every defendant, and the amount of
money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

1.) PAY Attorney fees if any at the end.

2.) Pay Compensatory Money Damages

3.) Pay Punitive Money Damages

4.) Pay any other Damages that
   may also be appropriate and just.

5.) Pay and order new orthopedic
   shoes, insoles, and ankle braces.

Complaint-Pg #17

E.    JURY DEMAND

☒    Jury Demand - I want a jury to hear my case
                    OR

☐    Court Trial – I want a judge to hear my case

Dated this _15_ day of _June_ 20_23_.

Respectfully Submitted,

_Signature of Plaintiff_

# 184511
Plaintiff's Prisoner ID Number

1 Park Row
Michigan City, IN. 46360
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Signature of Plaintiff_

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - Pg. # 18

**FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - Pg. # 19